ORIGINAL

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Marguerite B. Colson; 212-637-2587

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **21 CRIM 348** |
| TEMAINE PELZER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **TEMAINE PELZER**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371
18 U.S.C. 666
18 U.S.C. 1343, 1346

Date:    05/25/2021

*Issuing officer's signature*

City and state:    New York, New York

*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |