# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | PATRICK GORDON | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| ANIRUDH BANSAL | JASON M. HALL | WWW.CAHILL.COM | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| DAVID L. BARASH | STEPHEN HARPER | | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | | WARREN NEWTON § | HERBERT S. WASHER |
| BRADLEY J. BONDI | NOLA B. HELLER | 1990 K STREET, N.W. | DAVID R. OWEN | MICHAEL B. WEISS |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JONATHAN BROWNSON * | DOUGLAS S. HOROWITZ | (202) 862-8900 | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | 24 MONUMENT STREET | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | LONDON EC3R 8AJ | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | +44 (0) 20 7920 9800 | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |
| ARIEL GOLDMAN | BRIAN T. MARKLEY | | JONATHAN D. THIER | |

(212) 701-3008

September 8, 2021

Honorable Jesse M. Furman
United States District Judge
United States District Court
40 Centre Street, Room 2202
New York, NY 10007

    Re: *United States of America* v. *Temaine Pelzer*, 21 Cr. 348 (JMF)

Dear Judge Furman,

  We write to respectfully request a two-week adjournment of the pretrial conference in the above-captioned case, which is currently scheduled for September 20, 2021. Mr. Pelzer's deferred prosecution request is currently under consideration by the government. The government has informed the undersigned that it expects to render a decision on the request shortly, but has posed several follow-up questions that Mr. Pelzer is currently in the process of answering. A two-week adjournment will ensure that the government will be able to complete its consideration of Mr. Pelzer's request, and allow the parties to engage in any necessary follow-up discussions pending the government's decision.

CAHILL GORDON & REINDEL LLP

-2-

      The government consents to this request.  Should the Court be inclined to grant this request, the parties jointly ask that time be excluded under the Speedy Trial Act between September 20, 2021 and the new conference date.

      Respectfully Submitted,

      s/ Nola B. Heller
      Nola B. Heller
      Connor O'Shea
      CAHILL GORDON & REINDEL LLP
      32 Old Slip
      New York, NY 10005
      Tel: (212) 701-3008
      nheller@cahill.com

      *Attorneys for Defendant Temaine Pelzer*

BY E-MAIL AND ECF

Application GRANTED. The conference is hereby ADJOURNED to October 12, 2021, at 11:00 a.m. Time is excluded in the interests of justice from today, September 9, 2021, until October 12, 2021, to permit the Government to consider the Defendant's application. The Clerk of Court is directed to terminate Doc. #16. SO ORDERED.

*[signature]*

September 9, 2021