# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | PATRICK GORDON | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| ANIRUDH BANSAL | JASON M. HALL | WWW.CAHILL.COM | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| DAVID L. BARASH | STEPHEN HARPER | | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | | WARREN NEWTON § | HERBERT S. WASHER |
| BRADLEY J. BONDI | NOLA B. HELLER | 1990 K STREET, N.W. | DAVID R. OWEN | MICHAEL B. WEISS |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JONATHAN BROWNSON * | DOUGLAS S. HOROWITZ | (202) 862-8900 | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | 24 MONUMENT STREET | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | LONDON EC3R 8AJ | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | +44 (0) 20 7920 9800 | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |
| ARIEL GOLDMAN | BRIAN T. MARKLEY | | JONATHAN D. THIER | |

(212) 701-3008

September 28, 2021

Honorable Jesse M. Furman
United States District Judge
United States District Court
40 Centre Street, Room 2202
New York, NY 10007

      Re:  *United States of America* v. *Temaine Pelzer*, 21 Cr. 348 (JMF)

Dear Judge Furman,

  In response to the Court's September 27, 2021 order in the above-captioned case, we write to respectfully request that the pretrial conference currently scheduled for October 12, 2021 be held remotely.

  Given the ongoing risks posed by the COVID Delta variant, both Mr. Pelzer and the undersigned feel it is in the best interest of their health and safety to proceed remotely. In addition, a remote proceeding would allow Mr. Pelzer to participate without having to take the day off from his job. The government has consented to this request.

  As an update, Mr. Pelzer and the government are still engaged in discussions relevant to Mr. Pelzer's request for a deferred prosecution. To the extent the request is granted in advance of the October 12 conference, the parties will inform the Court promptly. If the request is denied, the parties will be prepared to discuss scheduling, per the Court's order.

Application GRANTED. The Court will issue a separate order will instructions on how to access the Microsoft TEAMS video-conference. The Clerk of Court is directed to terminate Doc. #19. SO ORDERED.

*[signature]*

September 30, 2021

CAHILL GORDON & REINDEL LLP

-2-

        Respectfully Submitted,

        s/ Nola B. Heller_____
        Nola B. Heller
        Connor O'Shea
        CAHILL GORDON & REINDEL LLP
        32 Old Slip
        New York, NY 10005
        Tel: (212) 701-3008
        nheller@cahill.com

        *Attorneys for Defendant Temaine Pelzer*

BY E-MAIL AND ECF