

**NOLA B HELLER**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5108
nheller@milbank.com  |  milbank.com

August 20, 2024

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10005

August 20, 2024

Re:  United States v. Temaine Pelzer, 21 Cr. 348 (JMF)

Dear Judge Furman:

    I write to request that the Court authorize the release of Temaine Pelzer's passport back to him. I have spoken with the U.S. Pretrial Services Office and they remain in possession of the passport. As you know, Mr. Pelzer was sentenced to a term of time served on 4/26/2022.

    Please let me know if you have any questions, and thank you very much in advance for your assistance in this matter.

Respectfully submitted,

Nola B. Heller

MILBANK LLP

NEW YORK  |  LOS ANGELES  |  WASHINGTON, D.C.  |  SÃO PAULO  |  FRANKFURT
LONDON  |  MUNICH  |  BEIJING  |  HONG KONG  |  SEOUL  |  SINGAPORE  |  TOKYO
**CONFIDENTIAL TREATMENT REQUESTED BY C-QUEST CAPITAL LLC**